**Order filed November 22, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00011-CV
NO. 14-22-00139-CV
_____

**BASIM MOUSILLI, Appellant**

**V.**

**NOURA SWEED, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2020-49635**

## ORDER

On April 26, 2022, in light of a filing from appellant stating the parties had settled their dispute in principle and only needed to finalize relevant paperwork, the court abated these two appeals to allow the parties to resolve their dispute. On October 27, 2022, as no dispositive motion had been filed in either appeal, the court reinstated the appeals and directed appellant to file his brief in both appeals within 21 days. Although appellant filed a letter on November 8, 2022 stating that the

parties were completing paperwork to memorialize their agreement to settle their dispute, the letter did not provide any timeline for the completion of that paperwork.

Accordingly, we order appellant to file a brief or a dispositive motion with this court within twenty-one (21) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Poissant.